CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 18 2007

JOHN F. CORCORAN, CLERK
BY: /s/ McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONNIE RAY ROSENBAUM, #129863,<br>    Petitioner, | Civil Action No. 7:07cv00052 |
| v. | **FINAL ORDER** |
| GENE M. JOHNSON, Director of<br>Virginia Department of Corrections,<br>    Respondent. | By: Jackson L. Kiser<br>Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Rosenbaum's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

ENTER: This 18th day of June, 2007.

/s/ Jackson L. Kiser
Senior U.S. District Judge